# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2015

150045

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC:  150045
COA:  321676
Oakland CC:  2004-196916-FC

NANCY ANN SEAMAN,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 24, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).

MCCORMACK, J., not participating because of her prior contact with the defendant.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2015



Clerk

p0518